AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Jose Luis Diparra

**V.**

Bennet; Matthew Cate; Thomas Hoffman; Matthew Cole; Joe Doe; Matthew Mattox; Steve Lamirand; Elsa Ezequiel; Robert Hernandez; Rositas; and Joe Doe II

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   10CV2454-BTM(WVG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the First Amended Complaint is Dismissed without Prejudice pursuant to 28 U.S.C. § 1915(e)(2)(b) and § 1915A(b).

| December 13, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas

(By) Deputy Clerk

ENTERED ON December 13, 2011

10CV2454-BTM(WVG)