# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jose Luis Diparra

V.

Bennet; Matthew Cate; Thomas Hoffman; Matthew Cole; Joe Doe; Matthew Mattox; Steve Lamirand; Elsa Ezequiel; Robert Hernandez; Rositas; and Joe Doe II

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10CV2454-BTM(WVG)

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the First Amended Complaint is Dismissed without Prejudice pursuant to 28 U.S.C. § 1915(e)(2)(b) and § 1915A(b).

December 13, 2011                                    W. Samuel Hamrick, Jr.
Date                                                              Clerk

s/ E Silvas
(By) Deputy Clerk

ENTERED ON December 13, 2011

10CV2454-BTM(WVG)